UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

DERRELL ANDRE RICHARDSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No: 11-10075

HONORABLE DENISE PAGE HOOD

**ORDER ACCEPTING REPORT AND RECOMMENDATION
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
and DISMISSING ACTION**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation filed December 13, 2011. The time to file Objections has passed and to date, no Objections have been filed to the Report and Recommendation.

Judicial review of the Commissioner's decision is limited in scope to determining whether the findings of fact made by the Commissioner are supported by substantial evidence, and deciding whether the Commissioner employed the proper legal criteria in reaching his conclusion. *Garner v. Heckler*, 745 F.2d 383 (6th Cir. 1984). The credibility findings of an administrative law judge ("ALJ") must not be discarded lightly and should be accorded great deference. *Hardaway v. Secretary of Health and Human Services*, 823 F.2d 922, 928 (6th Cir. 1987). A district court's review of an ALJ's decision is not a *de novo* review. The district court may not resolve conflicts in the evidence nor decide questions of credibility. *Garner*, 745 F.2d at 397. The decision of the Commissioner must be upheld if supported by substantial evidence, even if the record might support

a contrary decision or if the district court arrives at a different conclusion. *Smith v. Secretary of HHS*, 893 F.2d 106, 108 (6th Cir. 1989); *Mullen v. Bowen*, 800 F.2d 535, 545 (6th Cir. 1986) (quoting *Baker v. Heckler*, 730 F.2d 1147, 1150 (8th Cir. 1984)).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for the proper reasons. The Court agrees with the Magistrate Judge that the ALJ properly evaluated Plaintiff's credibility as to his claim of pain and that there is substantial evidence to support the ALJ's rejection of Plaintiff's statements about his pain. The Court further agrees with the Magistrate Judge that there is substantial evidence supporting the ALJ's residual function capacity findings and that Plaintiff is able to perform sedentary work with a sit/stand limitation despite Plaintiff's amputation. The Court also agrees with the Magistrate Judge that Plaintiff's mental impairments do not prevent him from performing unskilled work with little interactions with others and that jobs exist in the economy that would accommodate Plaintiff.

Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Mona K. Majzoub filed December 13, 2011 **(Doc. No. 11)** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment **(Doc. No. 8, filed June 30, 2011)** is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment **(Doc. No. 10, filed August 31, 2011)** is GRANTED. The Commissioner's decision is AFFIRMED.

IT IS FURTHER ORDERED that this action is DISMISSED.

          S/Denise Page Hood
          Denise Page Hood
          United States District Judge

Dated: January 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2012, by electronic and/or ordinary mail.

          S/LaShawn R. Saulsberry
          Case Manager