UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

DERRELL ANDRE RICHARDSON,

    Plaintiff,

v.

Case No: 11-10075

HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Derrell Andre Richardson.

                                                DAVID J. WEAVER
                                               CLERK OF COURT

Approved:                                   By: s/LaShawn R. Saulsberry
                                                       Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: January 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2012, by electronic and/or ordinary mail.

                                S/LaShawn R. Saulsberry
                                Case Manager