UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

DERRELL ANDRE RICHARDSON,

    Plaintiff,

                                      Case No: 11-10075

v.

                                      HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT**

    In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

    Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Derrell Andre Richardson.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT

Approved:                                          By: s/LaShawn R. Saulsberry
                                                                  Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: January 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2012, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager